435 A.2d 659

Commonwealth v. Burton, Appellant.

Submitted June 13, 1980.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.